**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA RYAN SERIER, | Case No.: 3:25-cv-00762-ART-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 1, 1-1 |
| STATE OF NEVADA, et al., | |
| Defendants | |

On March 20, 2026, the court entered an order dismissing Plaintiff's complaint and granting him leave to file an amended complaint within thirty days. On April 2, 2026, Plaintiff filed a notice of change of address, and it appears Plaintiff is no longer incarcerated. Shortly thereafter, the court's March 20, 2026, order, which was sent to Plaintiff at his prior address, was returned as undeliverable.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court will **SEND** Plaintiff a copy of the court's order (ECF No. 3) at his current address of record, along with the form and instructions for filing a non-prisoner civil rights complaint. Plaintiff will have until May 14, 2026, to file any amended complaint in compliance with the court's March 20, 2026, order.

**IT IS SO ORDERED**.

Dated: April 14, 2026

_____
Craig S. Denney
United States Magistrate Judge