**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA RYAN SERIER, | Case No.: 3:25-cv-00762-ART-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 9 |
| STATE OF NEVADA, et al., | |
| Defendants | |

Good cause appearing, Plaintiff's motion for extension of time (ECF No. 9) is **GRANTED**. Plaintiff will have until July 6, 2026, to file an amended complaint in compliance with the court's order of March 20, 2026.

**IT IS SO ORDERED**.

Dated: May 18, 2026

Craig S. Denney
United States Magistrate Judge