**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSHUA RYAN SERIER,<br><br>Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants | Case No.: 3:25-cv-00762-ART-CSD<br><br>**Order** |

On May 14, 2026, Plaintiff Joshua Ryan Serier moved for an extension of time to file an amended complaint pursuant to the court's screening order of March 20, 2026. The court granted the motion four days later and mailed a copy of its order to Plaintiff at his address of record. On May 26, 2026, that mail was returned as undeliverable. (ECF No. 11.)

Under Local Rule IA 3-1, an attorney or pro se party must immediately file with the court written notification of any change of mailing address. Accordingly, Plaintiff shall **FILE** a notice of change of address -- or advise the court that his address remains the same -- within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: July 17, 2026

Craig S. Denney
United States Magistrate Judge